EXHIBIT INDEX

Jacqueline Brown v.
Bank of America, N.A., *et al.*

Notice of Removal From State Court

| Exhibit | Description |
| --- | --- |
| 1 | State Court Record |
| 2 | Sheriff's Deed |
| 3 | State Court Notice of Filing Notice of Removal |