# EXHIBIT 2

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2011 SEP -6 AM 11:22

LIBER43344 PG598

161184
LIBER43344 PAGE 598
$31.00 DEED - COUNTY
$4.00 REMONUMENTATION
$851.40 TRANSFER TAX COUNTY
09/06/2011 12:36:10 P.M. RECEIPT# 72567

PAID RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

## SHERIFF'S DEED ON MORTGAGE SALE

This Indenture made this August 23, 2011 A.D. between **ROGER A. St. JEAN**, a Deputy Sheriff in and for Oakland County, Michigan, party of the first part, and BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP whose address is 7105 CORPORATE DR, Mail Stop TX2-928-0303, PLANO, TX 75024, party of the second part ( hereinafter called the grantee).  WITNESSETH, That whereas Jacqueline E. Brown, a single woman, whose address is 8145 Coyle St, Detroit, MI 48228 , made a certain mortgage to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Countrywide Bank, N.A. , Mortgagee, dated March 27, 2006, and recorded on April 17, 2006,  in Liber 37424, Page 100 , said mortgage was assigned to BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP by an Assignment of Mortgage  dated September 30, 2009 and recorded October 02, 2009 in Liber 41522, Page 706, Oakland County Records, Oakland County, Michigan, and    **WHEREAS, the party foreclosing the mortgage has represented that it is either the owner of the indebtedness or of an interest in the indebtedness secured by the mortgage or the servicing agent of the mortgage, and    WHEREAS, Mortgage Electronic Registration System (MERS) was not the sole foreclosing party, and    WHEREAS**, said mortgage contained a power of sale which has become operative by reasons of a default in the condition of said mortgage, and    WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and    WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan is such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage that the said premises, or some part of them, would be sold on *March 15, 2011 at the place of holding the Circuit Court in said Oakland County, where the premises to be sold or some part of them are situated and    WHEREAS, pursuant to said notice I did, at 10:00 AM, on the day last aforesaid, expose for sale at public venue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of ($773,633.27) Seven Hundred Seventy-Three Thousand Six Hundred Thirty-Three and 27/100 that being the highest bid therefore and the grantee being the highest bidder, and    WHEREAS, said lands and tenements are situated in the City of Rochester Hills, Oakland  County, Michigan, more particularly described as follows:
**Lot 105, Knorrwood Hills Subdivision No. 4, as recorded in liber 195, pages 4 and 5 of plats, Oakland County Records.**
Tax I.D. # 15-03-130-004  CKA: 490 CHERRY TREE LN, ROCHESTER HILLS, MI 48306
 *This property may be located within the vicinity of farm land or a farm operation.  Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan right to farm act.*
 Now, this indenture Witness, that I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid,  have granted, conveyed, bargained and sold, and by this deed do grant, convey, and bargain and sell unto the grantee, its successors and assigns forever, all the estate, right, title and interest which the said Mortgagor had in said land and tenements and every part thereof, on the March 27, 2006, that being the date of said mortgage,  or at any time thereafter, To Have and to Hold the said lands and tenements and every part thereof to the said grantee, its successor's and assigns forever, to their sole and only use, benefit and behoove forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.
    IN WITNESS WHEREOF, I have hereunto set my hand and seal, the date and year first above written.

Deputy Sheriff in and for the County of OAKLAND   **ROGER A. St. JEAN**
STATE OF MICHIGAN
COUNTY OF OAKLAND   ss.
 On this August 23, 2011 before me, a Notary Public in and for said county of Oakland came        **ROGER A. St. JEAN**         a Deputy Sheriff of said county known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he executed the same to be his free act and deed as such Deputy Sheriff in and for the County of Oakland.

_Sandra Liano_, Notary Public, for _____ County, Michigan
My Commission Expires: _____
**County Revenue Required**
Exempt from Michigan State Transfer Tax pursuant to MCL 207.526 (v)
*Sale adjourned on a weekly basis from March 15, 2011 to August 23, 2011 by posting a notice of adjournment at the place of sale for Oakland County, Michigan.

SANDRA LIANO
NOTARY PUBLIC STATE OF MICHIGAN
COUNTY OF MACOMB
MY COMMISSION EXPIRES JULY 7, 2012
ACTING IN OAKLAND COUNTY

This instrument drafted by and when recorded return to:
Randall S. Miller
Randall S. Miller & Associates, P.C.
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200



STATE OF MICHIGAN  REAL ESTATE TRANSFER TAX
OAKLAND
9/06/2011    $.00 ST
72567        667501

O.K. - GK

LIBER 4 3 3 4 4 PG 5 9 9

**RS Miller Assoc - Jacqueline E. Brown**

FORECLOSURE NOTICE RANDALL S. MILLER & ASSOCIATES, P.C. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. Mortgage Sale - Default has been made in the conditions of a certain mortgage made by Jacqueline E. Brown, a single woman to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Countrywide Bank, N.A., Mortgagee, dated March 27, 2006, and recorded on April 17, 2006, in Liber 37424, Page 100, Oakland County Records, said mortgage was assigned to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP by an Assignment of Mortgage dated September 30, 2009 and recorded October 02, 2009 in Liber 41522, Page 706, on which mortgage there is claimed to be due at the date hereof the sum of Seven Hundred Forty-Eight Thousand Nine Hundred Thirty-Nine and 04/100 ($748,939.04) including interest at the rate of 6.12500% per annum. Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue, at the place of holding the Circuit Court in said Oakland County, where the premises to be sold or some part of them are situated, at 10:00 AM on March 15, 2011 Said premises are situated in the City of Rochester Hills, Oakland County, Michigan, and are described as: Lot 105, Knorrwood Hills Subdivision No. 4, as recorded in liber 195, pages 4 and 5 of plats, Oakland County Records. Commonly known as: 490 CHERRY TREE LN The redemption period shall be 6.00 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale, or 15 days after statutory notice, whichever is later. Dated: February 10, 2011 Randall S. Miller & Associates, P.C. Attorneys for BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP 43252 Woodward Avenue, Suite 180 Bloomfield Hills, MI 48302 (248) 335-9200 Case No. 09MI01442-3 (2-10)(3-3)

**AFFIDAVIT OF PUBLICATION**

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

Margot Blanchette, an employee of the publisher of Oakland County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Oakland County Legal News, a newspaper printed and circulated in said Oakland County on February 10, February 17, February 24, March 3, 2011 A.D.

_____
Margot Blanchette

Subscribed and sworn before me on this 3rd day of March 2011 A.D.

_____
Pushpa Jayaprakash
Notary Public Oakland County, Michigan. My commission expires: April 4, 2011. Acting in Oakland County, Michigan.

| | | |
|---|---|---|
| Attorney Office: | Randall Miller (Oakland) | RS Miller Assoc |
| AttorneyFile#: | 09MI01442 | |
| Notice#: | 907276 | |

LIBER43344 PG600

### Affidavit of Auctioneer

STATE OF MICHIGAN
COUNTY OF OAKLAND ss.

      **ROGER A. St. JEAN** being duly sworn, deposes and says that he is a Deputy Sheriff of said OAKLAND County; that he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice; that said sale was opened at 10:00 AM on August 23, 2011, at the place of holding the Circuit Court within said Oakland County in which the premises to be sold or some part of them are situated, and said sale was kept open for the space of one hour, that the highest bid for the lands and tenements described was the sum of ($773,633.27) Seven Hundred Seventy-Three Thousand Six Hundred Thirty-Three and 27/100 that said sale was in all respects open and fair; and that (s)he did strike off and sell said lands and tenements to said grantee, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, who purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

_____
Deputy Sheriff in and for Oakland County

ROGER A. St. JEAN

Subscribed and sworn to before me this August 23, 2011.

_____
Notary Public, _____ County, Michigan
My Commission expires:

SANDRA LIANO
NOTARY PUBLIC STATE OF MICHIGAN
COUNTY OF MACOMB
MY COMMISSION EXPIRES JULY 7, 2012
ACTING IN OAKLAND COUNTY

STATE OF MICHIGAN
County of OAKLAND ss

I DO HEREBY CERTIFY, that the last day to redeem is **February 23, 2012**, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale, or fifteen (15) days after notice is posted and mailed, whichever is later.

_____
Deputy Sheriff in and for OAKLAND County, Michigan

This instrument drafted by and when recorded return to:
Randall S. Miller
Randall S. Miller & Associates, P.C.
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200

ROGER A. St. JEAN

LIBER43344 PG601

**RS Miller Assoc - JACQUELINE BROWN**

NOTICE OF MODIFICATION OPPORTUNITY Borrower(s): JACQUELINE BROWN Property Address: 490 CHERRY TREE LN, ROCHESTER HILLS, MI 48306 Pursuant to MCLA 600.3205a please be advised of the following: You have a right to request a meeting with the mortgage holder or mortgage servicer. The name of the firm designated as the representative of the mortgage servicer is: Randall S. Miller & Associates, P.C. and designee can be contacted at the address and phone number below. You may contact a housing counselor by visiting the Michigan State Housing Development Authority's website at http://www.michigan.gov/mshda or by calling 1-800-A-SHELTER, 24 hours a day, seven days a week, year-round. If a meeting is requested with the designee shown above, foreclosure proceedings will NOT be commenced until 90 days after the date the notice mailed to you on 01/14/2011. If an agreement is reached to modify your mortgage loan the mortgage will NOT be foreclosed if you abide by the terms of the agreement. You have the right to contact an attorney. The website for the Michigan State Bar Lawyer Referral Service is http://www.michbar.org/programs/lawyerreferral.cfm and the toll free number is 800-968-0738. You may bring an action in circuit court if you are required by law to be served notice and foreclosure proceedings are commenced, without such notice having been served upon you. If you have previously agreed to modify your mortgage loan within the past twelve (12) months under the terms of the above statute, you are not eligible to participate in this program unless you have complied with the terms of the mortgage loan, as modified. Notice given by: Randall S. Miller Randall S. Miller & Associates, P.C. 43252 Woodward Avenue, Suite 180 Bloomfield Hills, MI 48302 248-883-0157 (Loan Modification Dept.) loanmods@millerlaw.biz Case No. 09MI01442-3 Dated: January 18, 2011 PLEASE BE ADVISED THAT THIS OFFICE MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. (1-18)

**AFFIDAVIT OF PUBLICATION**

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

Patricia McKenzie, an employee of the publisher of Oakland County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Oakland County Legal News, a newspaper printed and circulated in said Oakland County on January 18, 2011 A.D.

_____
Patricia McKenzie

Subscribed and sworn before me on this 18th day of January 2011 A.D.

_____
Margot Blanchette

Notary Public Oakland County, Michigan. My commission expires: July 2, 2016. Acting in Oakland County, Michigan.

| | | |
|---|---|---|
| Attorney Office: | Randall Miller (Oakland) | RS Miller Assoc |
| AttorneyFile#: | 09MI01442 | |
| Notice#: | 897410 | |

LIBER43344 PG602

| FORECLOSURE NOTICE | EVIDENCE OF SALE |
|---|---|
| RANDALL S. MILLER & ASSOCIATES, P.C. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. | (Affidavit of Posting)<br><br>STATE OF MICHIGAN<br>ss.<br>COUNTY OF OAKLAND |
| Mortgage Sale - Default has been made in the conditions of a certain mortgage made by Jacqueline E. Brown, a single woman to Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Countrywide Bank, N.A., Mortgagee, dated March 27, 2006, and recorded on April 17, 2006, in Liber 37424, Page 100, Oakland County Records, said mortgage was assigned to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP by an Assignment of Mortgage dated September 30, 2009 and recorded October 02, 2009 in Liber 41522, Page 706, on which mortgage there is claimed to be due at the date hereof the sum of Seven Hundred Forty-Eight Thousand Nine Hundred Thirty-Nine and 04/100 ($748,939.04) including interest at the rate of 6.12500% per annum. | Keary C. Sims Jr., being duly sworn, deposes that on the 12th day of February, 2011 A. D, he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to the front door. |
| Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue, at the place of holding the Circuit Court in said Oakland County, where the premises to be sold or some part of them are situated, at 10:00 AM on March 15, 2011 | *(signature)*<br>Keary C. Sims Jr. |
| Said premises are situated in the City of Rochester Hills, Oakland County, Michigan, and are described as: | |
| Lot 105, Knorrwood Hills Subdivision No. 4, as recorded in liber 195, pages 4 and 5 of plats, Oakland County Records.<br>Commonly known as: 490 CHERRY TREE LN | Subscribed and sworn before me on this 14th day of February, 2011 A.D.<br><br>*(signature)*<br>Andrew Walker<br>Notary Public for Oakland County acting in Oakland County, Michigan<br>My Commission Expires: 12/24/2016 |
| The redemption period shall be 6.00 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale, or 15 days after statutory notice, whichever is later. | |
| Dated: February 10, 2011 | CIRCLE IF      Vacant |
| Randall S. Miller & Associates, P.C.<br>Attorneys for BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP<br>43252 Woodward Avenue, Suite 180<br>Bloomfield Hills, MI 48302<br>(248) 335-9200<br>Case No. 09MI01442-3 | Multi-Unit    Upper Unit    Lower Unit<br><br>Multi-Addr    Unit 1    Unit2    Unit A    Unit B<br><br>Condo    Mobile/Manufactured Home    No Dwelling<br><br><br>Attorney Office: Randall S. Miller & Associates, P.C.<br>Attorney File #: 09MI01442-3<br>Notice ID# |

LIBER43344 PG603

### AFFIDAVIT REGARDING REDEMPTION
Pursuant to Act 236 of 1961, M.C.L.A. § 600.3140, 600.3240, as Amended

STATE OF MICHIGAN )
)ss.
COUNTY OF OAKLAND )

Now comes Steven I. Alpert, as Attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, being duly sworn, and herby states as follows:

1. That I am the attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP and am authorized as counsel to submit this Affidavit Regarding Redemption. I have knowledge of the facts stated herein and am authorized to accept redemption funds on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP.

2. That the property described in the Sheriff's Deed on Mortgage Sale attached hereto, commonly known as 490 CHERRY TREE LN, ROCHESTER HILLS, MI 48306, has been sold at foreclosure sale with BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP being the successful purchaser and must be redeemed not later than **February 23, 2012**. *This date is subject to change as set forth in subsequent affidavits or as provided by applicable law.*

3. That the amount necessary to redeem said Sheriff's Deed as of August 23, 2011 is $ 773,633.27.

4. That after the date of Sheriff's Sale interest will accrue at a daily rate of **$129.82 (6.12500%)**. Anyone wishing to redeem SHOULD NOTE that additional funds may be required to be paid for taxes, assessments, insurance premiums or amounts necessary to redeem senior liens, or any other amounts paid, including interest thereon at the rate of the subject mortgage, which have been paid by the purchaser in accordance with MCLA § 600.3240.

5. That all redemption inquiries should be directed to Randall S. Miller & Associates, P.C., 43252 Woodward Ave, Ste 180, Bloomfield Hills, MI 48302 or (248) 335-9200. Pursuant to statute, a fee of $200.00 plus document recording costs will be charged by Randall S. Miller & Associates for processing redemption.

Further affiant sayeth not.   _[signature]_

_____
Steven I. Alpert, Attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

On this date, August 24, 2011, before me personally appeared
Steven I. Alpert, to me known, who by me being duly sworn did say that he is the attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP and that he acknowledged the execution of the within instrument and for the interest and purposes therein set forth.

_[signature]_
Andrew Walker
Notary Public for Oakland County acting in Oakland County, Michigan
My Commission Expires: 12/24/2016

Our File 09MI01442-3

LIBER 4 3 3 4 4 PG 6 0 4

## AFFIDAVIT OF COMPLIANCE
Pursuant to MCL 600.3205

STATE OF MICHIGAN ) 
                            )ss. 
COUNTY OF OAKLAND )

Now comes Steven I. Alpert, as Attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP , being duly sworn, and herby states as follows:

    That I am the attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP and am authorized as counsel to submit this Affidavit. I have knowledge of the facts stated herein and am the authorized designee with the authority to make agreements under Sections 3205b and 3205c for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP .
    That our office mailed a copy of the required notice on January 14, 2011 which complied with MCL 600.3205a(1) to the Borrower(s) by United States first class mail, with postage prepaid, and by certified mail, return receipt requested, with delivery restricted to the Borrower(s), at their last known address(es). We enclosed with each mailed notice a list prepared by the Michigan State Housing Development Authority ("MSHDA") under MCL 600.3205d of the names, addresses, and telephone numbers of housing counselors approved by the United States Department of Housing and Urban Development or the Michigan State Housing Development Authority. This list was a complete printout of the list that appeared on MSHDA's website on the date the notice was mailed.

    As evidenced by the attached Affidavit of Publication, a notice that complied with MCL 600.3205a(4) was published on January 18, 2011.

    That No response was received from Borrower or Housing Counselor requesting a Loan Modification Meeting within the timeframe put forth in MCLA 600.3205a(1)(c).

    Accordingly, Mortgagee/Assignee commenced foreclosure proceedings on February 10, 2011 by publishing a Notice of Mortgage Sale in accordance with MCL 600.3208.

Further affiant sayeth not. _/s/ Steven I. Alpert_

_____
Steven I. Alpert, Attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

On this date, August 24, 2011, before me personally appeared 
Steven I. Alpert, to me known, who by me being duly sworn did say that he is the attorney for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP and that he acknowledged the execution of the within instrument and for the interest and purposes therein set forth.

_/s/ Andrew Walker_
_____
Andrew Walker
Notary Public for Oakland County acting in Oakland County, Michigan
My Commission Expires: 12/24/2016

Our File 09MI01442-3

LIBER 4 3 3 4 4 PG 6 0 5

## NON-MILITARY AFFIDAVIT

STATE OF California )
COUNTY OF Los Angeles )ss.

JACQUELINE E. BROWN

490 CHERRY TREE LN
ROCHESTER HILLS, MI 48306

The undersigned, being first duly sworn, deposes and says that upon investigation (s)he is informed and believes that none of the persons named in Mortgage dated March 27, 2006 and recorded on April 17, 2006 in Liber 37424, Page 100, of mortgage foreclosure, were in the military service of the United States at the time of sale or for six months prior thereto; nor the present grantee(s).

Affiant further states that this affidavit is made for the purpose of preserving a record and clearing title by virtue of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

_[signature]_
BAC Home Loans Servicing, LP as servicer for BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

On this date, 6/7/11 before me personally appeared Tammy Lewis, to me known, who by me being duly sworn did acknowledge the execution of the within instrument and for the interest and purposes therein set forth.

Carmen Martinez
Notary public for Los Angeles, CA
My Commission Expires: 10/01/14

CARMEN MARTINEZ
Commission # 1906283
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2014

Our File No: 09MI01442-3
Property County: Oakland
Randall S. Miller & Associates, P.C.

Oakland