# EXHIBIT 3

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JACQUELINE BROWN,

    Plaintiff,

v

BANK OF AMERICA, N.A., successor by merger
to BAC HOME LOANS SERVICING, LP fka
COUNTRYWIDE HOME LOANS SERVICING, LP
and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

    Defendants.

Case No. 12-126983-CH

Hon. Daniel P. O'Brien

| | |
|---|---|
| CHASNICK TERRASI PLLC<br>By:   David A. Chasnick (P57097)<br>Attorneys for Plaintiff<br>42705 Grand River Ave., Ste. 201<br>Novi, MI 48375<br>(248) 912-0024<br>dachasnick@aol.com | MADDIN, HAUSER, WARTELL,<br>ROTH & HELLER, P.C.<br>By:   Martin S. Frenkel (P49283)<br>       Mark E. Plaza (P66038)<br>Attorneys for Defendants<br>28400 Northwestern Hwy., 3rd Floor<br>Southfield, MI 48034<br>(248) 354-4030<br>mplaza@maddinhauser.com |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the Notice of Removal to Federal Court of the above-captioned action from the Oakland County Circuit Court to the United States District Court for the Eastern District of Michigan, Southern Division, a copy of which is attached hereto, was electronically filed on June 19, 2012 in the United States District Court for the Eastern District of Michigan, Southern Division.

                                  MADDIN, HAUSER, WARTELL,
                                  ROTH & HELLER, P.C.

                                  By:   */s/ Mark E. Plaza*
                                          Martin S. Frenkel (P49283)
                                          Mark E. Plaza (P66038)
                                  Attorneys for Defendants
                                  28400 Northwestern Highway, Third Floor
                                  Southfield, MI 48034
                                  (248) 354-4030
DATED: June 19, 2012              mplaza@maddinhauser.com

1246856 v1/11225.0263