UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE BROWN,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

    Defendants.

Case No. 2:12-cv-12685

Honorable Robert H. Cleland

Magistrate Judge R. Steven Whalen

| David A. Chasnick (P57097) | Mark E. Plaza (P66038) |
|---|---|
| Attorney for Plaintiff | **MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.** |
| 42705 Grand River, Suite 201 | Attorneys for Defendants |
| Novi, MI 48375 | 28400 Northwestern Highway, 3rd Floor |
| (248) 912-0024 | Southfield, MI 48034 |
| | (248) 354-4030 |
| | mplaza@maddinhauser.com |

**STIPULATED ORDER EXTENDING DEADLINE
FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE
PLEAD IN FIRST RESPONSE TO PLAINTIFF'S COMPLAINT**

    This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise advised of the premises;

    IT IS HEREBY ORDERED that Defendants shall be allowed to answer, move or otherwise plead in first response to Plaintiff's complaint on or before August 10, 2012.

Date:  6/29/2012

    __s/Robert H. Cleland
    Hon. Robert H. Cleland
    U.S. District Judge

1249454 [11225.0263]

2

**Stipulated by:**

/s/ (with consent of) David A. Chasnick
David A. Chasnick (P57097)
Attorney for Plaintiff
Dated: June 26, 2012

/s/ Mark E. Plaza
Mark E. Plaza (P66038)
Attorney for Defendants
Dated: June 26, 2012